676 A.2d 1064

IN THE MATTER OF NICHOLAS L. BISSELL, JR., AN ATTORNEY AT LAW.

June 7, 1996.

## CORRECTED ORDER

**NICHOLAS L. BISSELL, JR.,** of **SOMERVILLE,** who was admitted to the bar of this State in 1971, having been convicted on all counts of a federal indictment that charged him with, *inter alia,* mail fraud, in violation of 18 *U.S.C.A.* 1341, financial aid

fraud, in violation of 20 *U.S.C.A.* 1097(a), obstruction of justice, in violation of 18 *U.S.C.A.* 1503, perjury, in violation of 18 *U.S.C.A.* 1623, making false statements to an agency of the United States, in violation of 18 *U.S.C.A.* 1001, conspiracy to defraud, in violation of 18 *U.S.C.A.* 371, and income tax evasion, in violation of 26 *U.S.C.A.* 7201, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **NICHOLAS L. BISSELL, JR.**, is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **NICHOLAS L. BISSELL, JR.**, be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **NICHOLAS L. BISSELL, JR.**, comply with *Rule* 1:20–20 dealing with suspended attorneys.